UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KEITH JACKSON

VERSUS

BANK OF AMERICA, N.A.

CIVIL ACTION

NO. 15-346-JJB

## RULING AND ORDER

Considering the motion (doc. 14) for extension of time by plaintiff to file his opposition brief;

The court hereby extends the deadline until December 14, 2015. Plaintiff is placed on notice that no further extensions will be allowed without a showing of good cause supported with specific facts.

Baton Rouge, Louisiana, December 1ST, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1